IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUSTIN BROOKS,<br><br>            Plaintiff,<br><br>    vs.<br><br>WAL-MART STORES, INC., and GENERAL INFORMATION SERVICES, INC.,<br><br>            Defendants. | 8:16CV327<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' joint Stipulation of Dismissal with Prejudice (Filing No. 28), wherein the parties agree to dismissal of Plaintiff's claims against Defendant General Information Services, Inc.; and the joint Stipulation of Dismissal (Filing No. 34), wherein the parties agree to dismissal of Plaintiff's claims against Defendant Wal-Mart Stores, Inc. The Court concludes that the stipulations should be approved. The above-captioned action will be dismissed with prejudice as to both defendants, and the Court will not assess costs or attorney's fees. Accordingly,

**IT IS ORDERED:** The Stipulation of Dismissal with Prejudice (Filing No. 28) and the Stipulation of Dismissal (Filing No. 34) are granted. The above-captioned action is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated this 14th day of July, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge